## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SONITHA SCALES, ALICIA THOMAS,
STEPHEN MCNUTT, JEFF PORTER, &
PAUL SIMONE, individually, and on behalf
of all other similarly situated individuals,

        Plaintiffs,

    v.

JAY MCGRAW; ERIC WELCH;
CREDITSERVE, INC.; MINTO FINANCIAL,
d/b/a MINTO MONEY; and JOHN DOES 1-
10,

        Defendants.

Case No. 1:24-cv-11575

Judge: Hon. Manish S. Shah

---

## NOTICE OF UNOPPOSED JOINT MOTION FOR EXTENSION (ALL DEFENDANTS)

**PLEASE TAKE NOTICE** that, on **February 25, 2025 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants ("Defendants") will appear before Honorable Manish S. Shah, or any judge sitting in his stead, in the courtroom normally occupied by him in Room 1919 of the Everett McKinley Dirksen Building, located in Chicago, Illinois, and shall present Defendants' "**Unopposed Joint Motion for Extension of Time for Defendants to Answer, Move, or Otherwise Respond to Plaintiffs' Amended Complaint**" (hereafter, the "Motion"), a copy of which was contemporaneously and separately filed and served upon on all counsel of record through the Court's electronic filing system.

Defendants respectfully request that, as the relevant deadline to be extended by the Motion is on February 20, 2025 and as the Motion is unopposed, the Court provide an expedited ruling.

Dated: February 17, 2025                   Respectfully submitted,

By: /s/ A. Paul Heeringa

A. Paul Heeringa (ARDC #6288233)
Andrew Zimmitti (admitted *pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin St., Suite 2600
Chicago, Illinois 60606
Telephone: (312) 529-6308
Email: pheeringa@manatt.com
Email: azimmitti@manatt.com

*Counsel for Defendants CreditServe,
McGraw, and Welch*

By: /s/ Thomas J. McDonell (with permission)

Thomas J. McDonell (ARDC #6317275)
QUARLES & BRADY LLP
300 North Lasalle Street
Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Email: thomas.mcdonell@quarles.com

*Counsel for Defendant Minto Financial*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on  February 17, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

<u>/s/ <i>A. Paul Heeringa</i></u>
A. Paul Heeringa
