IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SONITHA SCALES, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:24-cv-11575 |
| JAY MCGRAW, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MOTION TO COMPEL INDIVIDUAL ARBITRATION

Defendant, Minto Financial d/b/a Minto Money ("Minto"), respectfully moves the Court for an order to compel Plaintiffs to arbitrate their claims on an individual basis. The basis for this Motion is set forth in the accompanying Brief in Support and the Declaration of Robert Erhart.

WHEREFORE, Minto requests that the Court enforce the Arbitration Clauses and compel Plaintiffs to arbitrate their claims on an individual basis, and stay this action pending the outcome of arbitration. Defendants request that the Court award any other relief as the Court deems necessary and just.

**Dated:** March 21, 2025.

Respectfully submitted,

MINTO FINANCIAL D/B/A MINTO MONEY

By: */s/ Emily M. Feinstein*

**QUARLES & BRADY LLP**
Emily Feinstein*
Wisconsin Bar No. 1037924
Emily.feinstein@quarles.com
Telephone: (608) 283-2470
33 East Main Street, Suite 900

Madison, WI 53703
*Attorneys for Defendant Minto Financial d/b/a Minto Money*

** Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a copy of the foregoing was filed electronically using the Court's CM/ECF system on March 21, 2025. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Emily M. Feinstein*