# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SONITHA SCALES, ALICIA THOMAS,
STEPHEN MCNUTT, JEFF PORTER, &
PAUL SIMONE, individually, and on behalf
of all other similarly situated individuals,

Plaintiffs,

v.

JAY MCGRAW; ERIC WELCH;
CREDITSERVE, INC.; MINTO FINANCIAL,
d/b/a MINTO MONEY; and JOHN DOES 1-
10,

Defendants.

Case No. 1:24-cv-11575

Judge: Hon. Manish S. Shah

**NOTICE OF DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSIVE PLEADINGS AFTER THE COURT'S RULING ON DEFENDANTS' MOTIONS TO COMPEL ARBITRATION**

**PLEASE TAKE NOTICE** that, on April 9, 2025 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants will appear before Honorable Manish S. Shah, or any judge sitting in his stead, in the courtroom normally occupied by him in Room 1919 of the Everett McKinley Dirksen Building, located in Chicago, Illinois, and shall present Defendants' "Joint Unopposed Motion for Leave to File an Answer, Move, or Otherwise Respond Pursuant to Rule 12 of the Federal Rules of Civil Procedure to Plaintiffs' Amended Complaint After a Ruling on Defendants' Motions to Compel Arbitration" (hereafter, the "Motion"), a copy of which was contemporaneously and separately filed and served upon on all counsel of record through the Court's electronic filing system.

Dated: March 21, 2025                                Respectfully submitted,


By: /s/ A. Paul Heeringa

     A. Paul Heeringa (ARDC #6288233)
     Andrew Zimmitti (admitted pro hac vice)
     MANATT, PHELPS & PHILLIPS, LLP
     151 N. Franklin St., Suite 2600
     Chicago, Illinois 60606
     Telephone: (312) 529-6308
     Email: pheeringa@manatt.com
     Email: azimmitti@manatt.com

     *Counsel for Defendants Jay McGraw,*
     *Eric Welch, and CreditServe, Inc.*


By: /s/ *Emily Feinstein* (with permission)

     **QUARLES & BRADY LLP**
     Emily Feinstein*
     Wisconsin Bar No. 1037924
     Emily.feinstein@quarles.com
     Telephone: (608) 283-2470
     33 East Main Street, Suite 900
     Madison, WI 53703
     * Admitted *pro hac vice*
     *Counsel for Defendant Minto Financial*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 21, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

By: /s/ A. Paul Heeringa
A. Paul Heeringa (ARDC #6288233)