**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SONITHA SCALES, ALICIA THOMAS, STEPHEN MCNUTT, JEFF PORTER, & PAUL SIMONE, individually, and on behalf of all other similarly situated individuals, | |
| Plaintiffs, | |
| v. | Case No. 1:24-cv-11575 |
| JAY MCGRAW; ERIC WELCH; CREDITSERVE, INC.; MINTO FINANCIAL, d/b/a MINTO MONEY; and JOHN DOES 1-10, | Judge: Hon. Manish S. Shah |
| Defendants. | |

## NOTICE OF CREDITSERVE DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY THE ACTION

**PLEASE TAKE NOTICE** that, on April 9, 2025 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Jay McGraw; Eric Welch; and CreditServe, Inc.'s (collectively "CreditServe Defendants") will appear before Honorable Manish S. Shah, or any judge sitting in his stead, in the courtroom normally occupied by him in Room 1919 of the Everett McKinley Dirksen Building, located in Chicago, Illinois, and shall present the CreditServe Defendants' "Motion to Compel Arbitration and Stay the Action" (hereafter, the "Motion"), a copy of which was contemporaneously and separately filed and served upon on all counsel of record through the Court's electronic filing system.

Dated: March 21, 2025

Respectfully submitted,

By: /s/ A. Paul Heeringa

A. Paul Heeringa (ARDC #6288233)
Andrew Zimmitti (admitted pro hac vice)
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin St., Suite 2600
Chicago, Illinois 60606
Telephone: (312) 529-6308
Email: pheeringa@manatt.com
Email: azimmitti@manatt.com

*Counsel for Defendants Jay McGraw,*
*Eric Welch, and CreditServe, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

By: /s/ A. Paul Heeringa
   A. Paul Heeringa (ARDC #6288233)