# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SONITHA SCALES, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:24-cv-11575 |
| JAY MCGRAW, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF MOTION TO COMPEL ARBITRATION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday, April 9, 2025** at **9:45 a.m.,** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah in Courtroom 1919 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Minto Financial d/b/a Minto Money's Motion to Compel Arbitration,** a copy of which is filed and served upon you.

**Dated:**  March 21, 2025.

Respectfully submitted,

MINTO FINANCIAL D/B/A MINTO MONEY

By: */s/ Emily M. Feinstein*

**QUARLES & BRADY LLP**
Emily Feinstein*
Wisconsin Bar No. 1037924
Emily.feinstein@quarles.com
Telephone: (608) 283-2470
33 East Main Street, Suite 900
Madison, WI 53703
*Attorneys for Defendant Minto Financial d/b/a Minto Money*

** Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing was filed electronically using the Court's CM/ECF system on March 21, 2025. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Emily M. Feinstein*