IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONITHA SCALES, ALICIA THOMAS, STEPHEN MCNUTT, JEFF PORTER, & PAUL SIMONE, *individually, and on behalf of all other similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> JAY MCGRAW; ERIC WELCH; CREDITSERVE, INC.; MINTO FINANCIAL d/b/a MINTO MONEY; and JOHN DOES 1-10, <br><br> Defendants. | Case No.: 1:24-cv-11575 <br><br> Judge Manish S. Shah <br> Magistrate Judge M. David Weisman |

## NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES

Plaintiffs, Sonitha Scales, Alicia Thomas, Stephen McNutt, Jeff Porter, and Paul Simone, and Defendants, Jay McGraw, CreditServe, Inc., Eric Welch, and Minto Financial d/b/a Minto Money, submit this notice to inform the Court that the parties have settled this matter in principle. The parties respectfully request that the Court stay all deadlines for forty-five days while they negotiate a written settlement agreement.

DATED:   March 25, 2025                                             Respectfully submitted,

*/s/ Matthew J. Goldstein*

Edward A. Wallace
Mark R. Miller
Matthew J. Goldstein
**WALLACE MILLER**
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
T: 312.261.6193
F: 312.275.8174
eaw@wallacemiller.com
mrm@wallacemiller.com
mjg@wallacemiller.com

*Counsel for Plaintiffs*

*/s/ Andrew Zimmitti*
Andrew Zimmitti
**MANATT, PHELPS & PHILLIPS, LLP**
1050 Connecticut Ave., N.W.
Suite 600
Washington, DC 20036
(202) 585-6505
Fax: Pro Hac Vice
Email: azimmitti@manatt.com

*Counsel for Defendants Jay McGraw, Eric Welch and CreditServe, Inc.*

1

Samuel J. Strauss
Stephen Pigozzi
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
T: 872.263.1100
F: 872.263.1109
sam@straussborrelli.com
spigozzi@straussborrelli.com

*Counsel for Plaintiffs*

A. Paul Heeringa (IL ARDC #6288233)
**MANATT, PHELPS & PHILLIPS, LLP**
151 N. Franklin St., Suite 2600
Chicago, IL 60606
Telephone: (312) 529.6308
Email: PHeeringa@manatt.com

*Counsel for Defendants Jay McGraw, Eric Welch and CreditServe, Inc.*

*/s/ Emily M. Feinstein*
Emily M. Feinstein
**QUARLES & BRADY LLP**
33 East Main Street, Ste. 900 Suite 900
Madison, WI 53703
Telephone: 608-283-2470
Fax: 608-251-9166
Email: emily.feinstein@quarles.com

Thomas J. McDonell (6317275)
**QUARLES & BRADY LLP**
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654
(312) 715-5000
Thomas.McDonell@quarles.com

*Counsel for Minto Financial d/b/a Minto Money*