**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SONITHA SCALES, ALICIA THOMAS, STEPHEN MCNUTT, JEFF PORTER, & PAUL SIMONE, *individually, and on behalf of all other similarly situated individuals*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:24-cv-11575 |
| v. | ) ) ) | Judge Manish S. Shah Magistrate Judge M. David Weisman |
| JAY MCGRAW; ERIC WELCH; CREDITSERVE, INC.; MINTO FINANCIAL d/b/a MINTO MONEY; and JOHN DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Sonitha Scales, Alicia Thomas, Stephen McNutt, Jeff Porter, and Paul Simone hereby dismiss their individual claims against Defendants Jay McGraw, CreditServe, Inc., Eric Welch, and Minto Financial d/b/a Minto Money with prejudice and the claims of the putative classes without prejudice, with each party to bear their own fees and costs.

Dated: May 6, 2025

**WALLACE MILLER**

*/s/ Matthew J. Goldstein*

Edward A. Wallace
Mark R. Miller
Matthew J. Goldstein
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
T: 312.261.6193
F: 312.275.8174
eaw@wallacemiller.com
mrm@wallacemiller.com
mjg@wallacemiller.com

1

2

**STRAUSS BORRELLI PLLC**
Samuel J. Strauss
Stephen Pigozzi
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
T: 872.263.1100
F: 872.263.1109
sam@straussborrelli.com
spigozzi@straussborrelli.com

*Counsel for Plaintiffs*

2