## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sonitha Scales, et al.

                            Plaintiff,

v.                                     Case No.: 1:24−cv−11575
                                     Honorable Manish S. Shah

Jay McGraw, et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 6, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [51] plaintiffs' individual claims are dismissed with prejudice and the claims of the putative classes are dismissed without prejudice. Each party shall bear their own fees and costs. Civil case terminated. Notices Mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.